# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ROBERT W. MERRITT,

    Plaintiff,

v.                                                    Case No. 5:21-cv-37-RV/MJF

DALE COLLINSWORTH and
GREGORY PHILLIPS,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 27, 2023 (ECF No. 44). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The plaintiff has timely filed an objection (ECF No. 45), which I have reviewed de novo.

Having considered the Report and Recommendation, and the timely filed objection thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' joint motion to dismiss, Doc. 40, is **GRANTED** and this action is dismissed.

3. The clerk of the court shall close the case file.

**DONE AND ORDERED** this 15th day of March 2023.

s/ *Roger Vinson*          /
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**